IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DERM/BURO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-549C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 63-day extension of time, to and including December 1, 2008, to file a response to the complaint, which was filed pro se by plaintiff's president and sole owner, Mr. Frank Guthart. Defendant's response currently is due on September 29, 2008. This is our first request for an enlargement of time for this purpose. Counsel for defendant and Mr. Guthart have discussed this motion and its request for relief, and Mr. Guthart has represented that plaintiff does not oppose this request.

The requested enlargement is necessary because Mr. Guthart has advised that plaintiff is in the process of retaining counsel to enter an appearance in this case, and it is unclear whether there will be any amendments to the complaint once counsel makes an appearance.[1] In addition, the requested 63-day extension will avoid the unnecessary expenditure of resources by the parties and the Court.

[1] Mr. Guthart advised further that Kevin M. Cox, Esq., who filed what purports to be an amended complaint (Dkt. No. 3), does not represent plaintiff in this case.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 63-day enlargement of time, to and including December 1, 2008, for the United States to respond to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey
MARTIN F. HOCKEY
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

September 8, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, a copy of foregoing “DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick